IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
OF THE COUNTY OF ST. LOUIS, STATE OF MISSOURI

| | |
|---|---|
| KAYE R. MEDINA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.   17SL-PN00875 |
| | ) Division: |
| JASON HARDY, | ) |
| Defendant. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Joan M. Gilmer
      Circuit Clerk
      Circuit Court of the County of St. Louis
      St. Louis, MO 63105

**PLEASE TAKE NOTICE** that on or about March 3, 2017, Defendant Jason Hardy, Chief, Management Systems Staff, National Personnel Records Center ("NPRC"), National Archives and Records Administration, by and through his attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, filed in the Office of the Clerk of United States District Court for the Eastern District of Missouri, his Notice of Removal of the above action to the said United States District Court.   A copy of the Notice of Removal is attached hereto.

A copy of the Notice of Removal is being filed with the Circuit Clerk of the County of St. Louis, State of Missouri, pursuant to 28 U.S.C. § 1446(d).   Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
NICHOLAS P. LLEWELLYN    #43839 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7637
(314) 539-2287 FAX

I hereby certify that a copy of the Notice of Removal in the above-styled action has been filed in the Circuit Court of the County of St. Louis, State of Missouri, this ___ day of March, 2017.

_____
Circuit Clerk

_____
Deputy Clerk