

# IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI



FILED
FEB 21 2017
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY
(Date File Stamp)

| | |
|---|---|
| Judge or Division: JOHN R ESSNER | Case Number: 17SL-PN00875 |
| | Court ORI Number: MO095015J |
| Petitioner: KAYE R MEDINA | MSHP Number: |
| vs. | Responsible Law Enforcement ORI: |
| Respondent: JASON HARDY | Related Cases: |
| Alias/Nicknames: | Respondent's Home Address: |
| | Home Phone Number: 618-250-8775 |
| Respondent's DOB:<br>Age:<br>SSN (if known, last four digits):<br>Race: Asian or Pacific Islander<br>Sex: M<br>Hair Color: Black<br>Eye Color: Green<br>Height: 69"<br>Weight: 220 lbs.<br>(Identifying Information for use by Law Enforcement) | Respondent's Work Address: 1 archives dr<br>Work Phone Number:<br>Work Hours: St. louis MO 63138 |
| Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses): | Other Locations Where Respondent May Be Served: |
| | Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination:<br>☐ Spouse   ☐ Child(ren) in common<br>☐ Former spouse   ☐ Intimate residing/resided together<br>☐ Are/were in a continuing social relationship of a romantic/intimate nature<br>☐ Related by blood. Define relationship: _____<br>☐ Related by marriage. Define relationship: _____<br>☐ Residing/resided together; no intimacy<br>☒ Stalking/Sexual Assault. Define relationship: CO WORKER |

## Notice of Hearing/Summons on Full Order of Protection - Adult

Petitioner has filed a verified petition (copy attached) requesting an Order of Protection against you. The hearing on the verified petition will be in **RM. 202S,   DIV 37** of the Circuit Court of **ST. LOUIS COUNTY, in CLAYTON**, Missouri, at **08:30 AM**, on **06-MAR-2017**.

_2.21.17_____   _____
Date                                        Judge/Clerk

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing date and time.**

### Notice to Respondent
You are notified that under section 455.050, RSMo, if the court finds in favor of Petitioner or you default, the court may grant any of the following forms of relief:
1. Order you not to commit or threaten to commit domestic violence, stalking, molesting, sexual assault, or disturbing the peace of Petitioner wherever Petitioner may be;
2. Order you not to enter upon the premises of the dwelling of Petitioner;
3. Order you not to transfer, encumber or otherwise dispose of mutually owned or leased property;
4. Grant Petitioner temporary possession of specified personal property;
5. Order you to participate in court approved counseling for batterers and/or substance abuse treatment;
6. Award custody of minor children;
7. Establish a visitation schedule;
8. Order you to pay child support and/or maintenance to Petitioner;
9. Order you to make an assignment of earnings or other income;
10. Order you to pay Petitioner's rent or mortgage;
11. Order you to pay for housing or other services provided to Petitioner by a shelter;
12. Order you to pay court costs;
13. Order you to pay Petitioner's attorney fees;
14. Order you to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by you;
15. Temporarily enjoin you from communicating with Petitioner in any manner or through any medium.

3/6/17 @ 8:30

IN THE _____ JUDICIAL CIRCUIT, _____ COUNTY, MISSOURI

**Petition for Order of Protection - Adult**

Notice to Petitioner: Respondent will receive a copy of this petition with service.

**FILED**

| | |
|---|---|
| Judge or Division: 37 | Case Number: 17SL-PN00875 |
| Petitioner: Kaye Medina | Court ORI Number: |
| | MSHP Number: FEB 21 2017 |
| | Responsible Law Enforcement ORI: JOAN M. GILMER |
| vs. | Related Cases: CIRCUIT CLERK, ST. LOUIS COUNTY (Date File Stamp) |
| Respondent: Jason Hardy | Respondent's Home Address: |
| Alias/Nicknames: | Home Phone Number: |
| Respondent's DOB: Age: SSN (if known, last four digits): Race: Sex: ☐F ☒M Hair Color: Black Height: 5'9 Eye Color: Brown Weight: 220 (Identifying information for use by Law Enforcement) | Respondent's Work Address: 1 Archive Drive St Spanish Lake MO 63138 Work Phone Number: Work Hours: Other Locations Where Respondent May Be Served: |
| Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses): | Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination: ☐ Spouse ☐ Child(ren) in common ☐ Former spouse ☐ Intimate residing/resided together ☐ Are/were in a continuing social relationship of a romantic/intimate nature ☐ Related by blood. Define relationship: _____ ☐ Related by marriage. Define relationship: _____ ☐ Residing/resided together; no intimacy ☒ Stalking/Sexual Assault. Define relationship: Coworker |

### I. PETITIONER INFORMATION

1. I am Petitioner and ☒ at least 17 years of age ☐ under 17 but emancipated
2. I reside in _____ Highland _____ (city), IL (state), in the County of Madison.

### II. RESPONDENT INFORMATION

3. Respondent is ☒ at least 17 years of age or emancipated ☐ under 17
4. Respondent may be found in Spanish Lake (city), MO (state), in the County of St Louis.

### III. LOCATION WHERE DOMESTIC VIOLENCE, STALKING, OR SEXUAL ASSAULT OCCURRED

5. An act of domestic violence, stalking, or sexual assault occurred at 1 Archives Drive (address), Spanish Lake (city), MO (state), in the County of St Louis MO.

OSCA (01-17) AA40 (ASPO)   1 of 4   455.010, 455.030, 455.030.3, 455.050 RSMo

### IV. COMPLETE FOR DOMESTIC VIOLENCE PETITION ONLY

**Relationship with Respondent**

6. Respondent and I: (check one or more)
   ☐ reside together.
   ☐ previously resided together at _____ (address), _____ (city), _____ (state), in the County of _____.
   ☒ never resided together.

**Residency**

7. The residence in which I live is: (check one or more)
   ☐ jointly owned, leased or rented or jointly occupied by Respondent and me.
   ☒ owned, leased, rented or occupied by me.
   ☐ jointly owned, leased, rented or occupied by me and someone other than Respondent.
   ☐ owned, leased, rented or occupied by someone else, and Respondent is my spouse.
   ☐ jointly occupied by me and another person, and Respondent has no property interest therein.

**Custody**

List only the children that the Petitioner and Respondent have in common. The court cannot change custody if a prior order regarding custody is pending or has been made.

8. It is in the best interest of the minor children that custody be awarded as follows:

| Child's Name | SSN (last 4 digits only) | Age | Address (If other than Petitioner) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Who did each Child reside with during last six months | Persons to Receive Custody | Custody (check one or both) Temporary | Full |
|---|---|---|---|
| 1. | | ☐ | ☐ |
| 2. | | ☐ | ☐ |
| 3. | | ☐ | ☐ |
| 4. | | ☐ | ☐ |
| 5. | | ☐ | ☐ |

(If necessary, attach additional sheets.)

### V. COMPLETE FOR STALKING OR SEXUAL ASSAULT PETITION ONLY

9. Respondent is stalking or sexually assaulting me. Explain relationship (example: co-workers, neighbors, etc.)
   coworker

### VI. COMPLETE FOR ALL CASES

10. Indicate any prior or pending custody court cases before, or orders entered by, this court or any other court involving the following parties. Indicate the case numbers.
    (If none, so state):
    a. Petitioner _____
    b. Respondent _____
    c. Children (identified in item 9) _____

**Acts Committed by Respondent:**

11. Respondent has knowingly and intentionally: (check at least one)
    - ☐ caused or attempted to cause me physical harm
    - ☐ placed or attempted to place me in apprehension of immediate physical harm
    - ☒ coerced me
    - ☒ stalked me
    - ☒ harassed me
    - ☐ sexually assaulted me
    - ☐ unlawfully imprisoned me
    - ☐ followed me from place to place
    - ☐ threatened to do any of the above

    by the following act(s): (Include the most recent date(s) of each act described.)
    February 2017 Stalked me harassed me coerced me +

12. I am afraid of Respondent and there is an immediate and present danger of domestic violence to me or other good cause for an emergency temporary order of protection because: (describe)
    Jason stalks my internet connection at work and does major internet updates during my emotional cycles like a divorce. He used my mental health records to break me down at work.

13. ☐ Photographs/Exhibits are filed as evidence of my injuries.

### VII. PETITIONER'S REQUESTS

14. ☐ Order Petitioner's residential address on voter's registration record to be closed to the public.

15. Pursuant to sections 455.010 - 455.085 RSMo, it is requested that the court issue an Ex Parte Order of Protection restraining Respondent from: (check all that apply)
    - ☒ committing or threatening to commit domestic violence, sexual assault, molesting, or disturbing the peace of Petitioner wherever Petitioner may be found.
    - ☒ stalking Petitioner.
    - ☒ entering the dwelling of Petitioner located at (see notice below) _____
    - ☐ entering the premises of the Petitioner's school, located at _____
    - ☒ entering onto the premises of the Petitioner's place of employment, located at _____
    - ☒ come within __500__ (feet) of the Petitioner.
    - ☒ communicating with Petitioner in any manner or through any medium.
    - ☐ other: _____

**Additional Requests:**

It is further requested that, upon the hearing of this cause, the court also issue a Full Order of Protection enjoining Respondent from the above acts for such time as is necessary to protect Petitioner and that the court: (one or more may be selected)

**Custody**

16. ☐ Award custody of the minor child(ren) to ☐ Petitioner ☐ Respondent.

17. ☐ Order visitation with the minor child(ren) to ☐ Petitioner ☐ Respondent as follows:
    _____

**Child Support/Maintenance**

18. ☐ Order ☐ Petitioner ☐ Respondent to pay child support to ☐ Petitioner ☐ Respondent in the amount of $ _____
    (check one) ☐ per week ☐ per month.

19. ☐ Order ☐ Petitioner ☐ Respondent to pay maintenance to ☐ Petitioner ☐ Respondent in the amount of $ _____
    (check one) ☐ per week ☐ per month.

**Other Support**

20. ☒ Order that Respondent make or continue to make the rent or mortgage payments in the amount of $ __675__ (check one) ☐ per week ☐ per month on the residence occupied by Petitioner.
21. ☒ Order that Respondent pay Petitioner's rent at a residence, other than the residence previously shared with Respondent, in the amount of $ __1000__ (check one) ☐ per week ☒ per month.
22. ☒ Order Respondent to pay a reasonable fee for housing and other services provided to Petitioner by a shelter for victims of domestic violence.
23. ☒ Order Respondent to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by Respondent.

**Personal Property**

24. ☐ Order that Petitioner be given temporary possession of the following personal property: _____

25. ☐ Prohibit Respondent from transferring, encumbering, or otherwise disposing of the following property mutually owned or leased with Petitioner: _____

**Counseling/Treatment**

26. ☒ Order Respondent to participate in a court-approved counseling program designed for ☒ batterers and/or ☐ substance abuse.

**Costs/Fees**

27. ☒ Order Respondent to pay court costs.
28. ☒ Order Respondent to pay Petitioner's attorney fees.

**Other Orders**

29. ☒ Order the full order of protection issued for one year be automatically renewed unless Respondent requests a hearing by 30 days prior to the expiration of the order.
30. ☒ Petitioner to receive wireless telephone number(s) and billing responsibilities from Respondent. (Note: If checked, complete the Wireless Telephone Number Transfer Addendum form.)
31. ☐ Other (specify): _____

### VIII. PETITIONER'S SIGNATURE

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief. **I understand that a copy of this petition will be served on the respondent.**

_2/21/17_
Date

_[signature]_
Petitioner's Signature

_____
Address (Optional)

_____
City, State and Zip

_____
Telephone

_____
Attorney's Name, Missouri Bar No., if Applicable

_____
Address

_____
City, State and Zip

_____
Telephone

**NOTICE:** Section 455.030.3, RSMo, provides that a Petitioner seeking protection under the Domestic Violence Act is not required to reveal any current address or place of residence on this motion. **Do not provide this information if doing so will endanger you.**