UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYE R. MEDINA, | ) |
| Plaintiff, | ) ) |
| V | ) Case No. |
| JASON HARDY, | ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL

To:  Kaye R. Medina
     1211 Elkay Ct., Apt. 201
     Highland, IL  62249
     *Plaintiff Pro Se*

**PLEASE TAKE NOTICE** that on or about March 3, 2017, Defendant Jason Hardy, Chief, Management Systems Staff, National Personnel Records Center ("NPRC"), National Archives and Records Administration, by and through his attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, filed in the Office of the Clerk of United States District Court for the Eastern District of Missouri, his Notice of Removal of the above action to the said United States District Court.   A copy of the Notice of Removal is attached hereto.

A copy of the Notice of Removal is being filed with the Circuit Clerk of the County of St. Louis, State of Missouri, pursuant to 28 U.S.C. § 1446(d).   Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN    Mo. #43839
Chief, Civil Division
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7637
(314) 539-2287 FAX
Nicholas.llewellyn@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, a copy of the *Notice of Filing Notice of Removal* was filed electronically with the Clerk of the Court, and a copy was mailed to:

Kaye R. Medina
1211 Elkay Ct., Apt. 201
Highland, IL  62249
Plaintiff Pro Se

*/s/ Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN
Assistant United States Attorney