3/6/17@8:30

IN THE _______ JUDICIAL CIRCUIT, ________________________ COUNTY, MISSOURI

# Petition for Order of Protection - Adult

**Notice to Petitioner: Respondent will receive a copy of this petition with service.**

FILED
FEB 21 2017
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY
(Date File Stamp)

| | |
|---|---|
| Judge or Division: 37 | **Case Number:** 17SL-PN00875<br>Court ORI Number: |
| Petitioner: Kaye Medina vs. | MSHP Number:<br>Responsible Law Enforcement ORI:<br>Related Cases: |
| Respondent: Jason Hardy<br>Alias/Nicknames: | Respondent's Home Address:<br>Home Phone Number: |
| Respondent's DOB:<br>Age:<br>SSN (if known, last four digits):<br>Race: Sex: ☐ F ☒ M<br>Hair Color: Black Height: 5'9<br>Eye Color: Brown Weight: 220<br>(Identifying information for use by Law Enforcement) | Respondent's Work Address: 1 Archive Drive St. [illegible] Spanish Lake MO<br>Work Phone Number:<br>Work Hours: 63138 |
| Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses): | Other Locations Where Respondent May Be Served: |
| | *Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination:*<br>☐ Spouse ☐ Child(ren) in common<br>☐ Former spouse ☐ Intimate residing/resided together<br>☐ Are/were in a continuing social relationship of a romantic/intimate nature<br>☐ Related by blood. Define relationship: ____________<br>☐ Related by marriage. Define relationship: ____________<br>☐ Residing/resided together; no intimacy<br>☒ Stalking/Sexual Assault. Define relationship: Coworker |

## I. PETITIONER INFORMATION

1. I am Petitioner and ☒ at least 17 years of age ☐ under 17 but emancipated
2. I reside in Highland (city), IL (state), in the County of Madison.

## II. RESPONDENT INFORMATION

3. Respondent is ☒ at least 17 years of age or emancipated ☐ under 17
4. Respondent may be found in Spanish Lake (city), MO (state), in the County of St Louis.

## III. LOCATION WHERE DOMESTIC VIOLENCE, STALKING, OR SEXUAL ASSAULT OCCURRED

5. An act of domestic violence, stalking, or sexual assault occurred at 1 Archives Drive (address), Spanish Lake (city), MO (state), in the County of St Louis MO.

## IV. COMPLETE FOR DOMESTIC VIOLENCE PETITION ONLY

**Relationship with Respondent**

6. Respondent and I: (check one or more)
   - ☐ reside together.
   - ☐ previously resided together at ______________________ (address), ______________________ (city), ______________________ (state), in the County of ______________________.
   - ☒ never resided together.

**Residency**

7. The residence in which I live is: (check one or more)
   - ☐ jointly owned, leased or rented or jointly occupied by Respondent and me.
   - ☒ owned, leased, rented or occupied by me.
   - ☐ jointly owned, leased, rented or occupied by me and someone other than Respondent.
   - ☐ owned, leased, rented or occupied by someone else, and Respondent is my spouse.
   - ☐ jointly occupied by me and another person, and Respondent has no property interest therein.

**Custody**

List only the children that the Petitioner and Respondent have in common. The court cannot change custody if a prior order regarding custody is pending or has been made.

8. It is in the best interest of the minor children that custody be awarded as follows:

| | Child's Name | SSN (last 4 digits only) | Age | Address (If other than Petitioner) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | Who did each Child reside with during last six months | Persons to Receive Custody | Custody (check one or both) Temporary | Full |
|---|---|---|---|---|
| 1. | | | ☐ | ☐ |
| 2. | | | ☐ | ☐ |
| 3. | | | ☐ | ☐ |
| 4. | | | ☐ | ☐ |
| 5. | | | ☐ | ☐ |

**(If necessary, attach additional sheets.)**

## V. COMPLETE FOR STALKING OR SEXUAL ASSAULT PETITION ONLY

9. Respondent is stalking or sexually assaulting me. Explain relationship (example: co-workers, neighbors, etc.)
   COWORKER

## VI. COMPLETE FOR ALL CASES

10. Indicate any prior or pending custody court cases before, or orders entered by, this court or any other court involving the following parties. Indicate the case numbers. (If none, so state):
    a. Petitioner ______________________
    b. Respondent ______________________
    c. Children (identified in item 9) ______________________

**Acts Committed by Respondent:**

11. Respondent has knowingly and intentionally: (check at least one)

- ☐ caused or attempted to cause me physical harm
- ☐ placed or attempted to place me in apprehension of immediate physical harm
- ☒ coerced me
- ☒ stalked me
- ☒ harassed me
- ☐ sexually assaulted me
- ☐ unlawfully imprisoned me
- ☐ followed me from place to place
- ☐ threatened to do any of the above

by the following act(s): (Include the most recent date(s) of each act described.)

February 2017 Stalked me harassed me Coerced me +

12. I am afraid of Respondent and there is an immediate and present danger of domestic violence to me or other good cause for an emergency temporary order of protection because: (describe)

Jason Stalks my internet connection at work and does major internet updates during my emotional cycles like a divorce He used my mental health records, to break me down at work.

13. ☐ Photographs/Exhibits are filed as evidence of my injuries.

## VII. PETITIONER'S REQUESTS

14. ☐ Order Petitioner's residential address on voter's registration record to be closed to the public.

15. *Pursuant to sections 455.010 - 455.085 RSMo*, it is requested that the court issue an Ex Parte Order of Protection restraining Respondent from: (check all that apply)

- ☒ committing or threatening to commit domestic violence, sexual assault, molesting, or disturbing the peace of Petitioner wherever Petitioner may be found.
- ☒ stalking Petitioner.
- ☒ entering the dwelling of Petitioner located at (see notice below) ______
- ☐ entering the premises of the Petitioner's school, located at ______.
- ☒ entering onto the premises of the Petitioner's place of employment, located at ______.
- ☒ come within 500 (feet) of the Petitioner.
- ☒ communicating with Petitioner in any manner or through any medium.
- ☐ other: ______

**Additional Requests:**

*It is further requested that, upon the hearing of this cause, the court also issue a Full Order of Protection enjoining Respondent from the above acts for such time as is necessary to protect Petitioner and that the court:* (one or more may be selected)

**Custody**

16. ☐ Award custody of the minor child(ren) to ☐ Petitioner ☐ Respondent.

17. ☐ Order visitation with the minor child(ren) to ☐ Petitioner ☐ Respondent as follows: ______

**Child Support/Maintenance**

18. ☐ Order ☐ Petitioner ☐ Respondent to pay child support to ☐ Petitioner ☐ Respondent in the amount of $ ______ (check one) ☐ per week ☐ per month.

19. ☐ Order ☐ Petitioner ☐ Respondent to pay maintenance to ☐ Petitioner ☐ Respondent in the amount of $ ______ (check one) ☐ per week ☐ per month.

**Other Support**

20. ☒ Order that Respondent make or continue to make the rent or mortgage payments in the amount of $ 675 (check one) ☐ per week ☐ per month on the residence occupied by Petitioner.

21. ☒ Order that Respondent pay Petitioner's rent at a residence, other than the residence previously shared with Respondent, in the amount of $ 1000 (check one) ☐ per week ☒ per month.

22. ☒ Order Respondent to pay a reasonable fee for housing and other services provided to Petitioner by a shelter for victims of domestic violence.

23. ☒ Order Respondent to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by Respondent.

**Personal Property**

24. ☐ Order that Petitioner be given temporary possession of the following personal property:

_______________________________________________

_______________________________________________.

25. ☐ Prohibit Respondent from transferring, encumbering, or otherwise disposing of the following property mutually owned or leased with Petitioner:

_______________________________________________

_______________________________________________.

**Counseling/Treatment**

26. ☒ Order Respondent to participate in a court-approved counseling program designed for ☒ batterers and/or ☐ substance abuse.

**Costs/Fees**

27. ☒ Order Respondent to pay court costs.

28. ☒ Order Respondent to pay Petitioner's attorney fees.

**Other Orders**

29. ☒ Order the full order of protection issued for one year be automatically renewed unless Respondent requests a hearing by 30 days prior to the expiration of the order.

30. ☒ Petitioner to receive wireless telephone number(s) and billing responsibilities from Respondent. (Note: If checked, complete the Wireless Telephone Number Transfer Addendum form.)

31. ☐ Other (specify): _______________________________________________

_______________________________________________.

## VIII. PETITIONER'S SIGNATURE

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief. **I understand that a copy of this petition will be served on the respondent.**

2/21/17
Date

[signature]
Petitioner's Signature

_______________________
Address (Optional)

_______________________
City, State and Zip

_______________________
Telephone

_______________________
Attorney's Name, Missouri Bar No., if Applicable

_______________________
Address

_______________________
City, State and Zip

_______________________
Telephone

**NOTICE:** Section 455.030.3, RSMo, provides that a Petitioner seeking protection under the Domestic Violence Act is not required to reveal any current address or place of residence on this motion. **Do not provide this information if doing so will endanger you.**