UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYE R. MEDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:17CV00824AGF |
| | ) |
| JASON HARDY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S' MOTION TO DISMISS

COMES NOW Defendant, Jason Hardy, by and through his attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, and pursuant to Fed.R.Civ.P. 12(b)(1), moves this Honorable Court for an Order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction.

A Memorandum of Law in support of this Motion was filed November 14, 2014.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*S/ Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN #43839 MO
Assistant United States Attorney
Chief, Civil Division
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street,    20th Floor
St. Louis, MO 63102
(314)539-7637
Fax: (314)539-2777
Email: nicholas.llewellyn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2017, the foregoing *Motion to Dismiss* was filed electronically with the Clerk of the Court and a copy was sent by U.S. Mail, postage prepaid, to:

**Kaye R. Medina**
1211 Elkay Ct., Apt. 201
Highland, IL   62249
Plaintiff *Pro Se*

                                                                     *s/     Nicholas P. Llewellyn*
                                                                     NICHOLAS P. LLEWELLYN