**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

U T F

Hasler
06/28/2017
US POSTAGE $00.67



FIRST-CLASS MAIL

ZIP 63102
011D11622820

RECEIVED
JUL 1 0 2017
BY MAIL

NIXIE          631   DE 1          2207/04/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 63102112599      *1116-00697-04-26

63102>112

Kaye  Medina
1211 Elkay Ct., Apt. 201
Highland, IL 62249

--------------------------------------------------