UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYE MEDINA, ) | |
| ) | |
| Plaintiff, ) | |
| V ) | Case No. 4:17CV00824 AGF |
| ) | |
| JASON HARDY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF

COME NOW Plaintiff pro se and Defendant, by and through his attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, pursuant to Rule 41(a)(1)(ii) Fed.R.Civ,P., and hereby files their "…stipulation of dismissal…" of Plaintiff's Complaint, with prejudice.

Respectfully submitted,

*[signature]*
KAYE MEDINA
1211 Elkay Ct., Apt. 201
Highland, IL   62249
*Plaintiff Pro se*

CARRIE COSTANTIN
Acting United States Attorney

*S/   Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN #43839 MO
Assistant United States Attorney
Chief, Civil Division
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-7637
(314) 539-2287     FAX
nicholas.llewellyn@usdoj.gov
*Attorneys for Defendant*